1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America



MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   C 06    7933
                                  )   No. 06-
         Plaintiff,               )
                                  )
    v.                            )   NOTICE OF FORFEITURE ACTION
                                  )
$80,396 IN UNITED STATES          )
CURRENCY,                         )
                                  )
         Defendant.               )
_____)

A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 1955(d) was filed on December 28, 2006, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant funds.

In order to contest forfeiture of the *in rem* defendant funds, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 30 days after the date of service of the complaint or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. The Court may allow additional time.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Any person who files a statement of interest in or right against the property must serve and file an answer within 20 days after the filing the statement.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§1602-1619 and at 28 C.F.R. § 9.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: December 28, 2006

PATRICIA J. KENNEY
Assistant United States Attorney

Notice of Forfeiture Action
C 06-

2