FILED
DEC 28 PM 4:01
[Clerk stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 06 7933 MJJ

Plaintiff,

v.

Defendant.

**CASE MANAGEMENT CONFERENCE ORDER**

IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Martin J. Jenkins on **Tuesday, 4-3-07** at 2:00 p.m. in Courtroom No.11, 19th floor Federal Building.

Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed below. Not less than ten days before the conference, counsel shall file a joint case management statement addressing each agenda item. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure. Failure to show good cause for such failure may subject the parties to sanctions.

1    Each party shall be represented at the Case Management Conference by counsel prepared to
2    address all of the matters referred to in this Order, and with authority to enter stipulations and make
3    admissions pursuant to this Order.

4    Any request to reschedule the above dates should be made in writing, and by stipulation, if
5    possible, not less than ten days before the conference date. Good cause must be shown.

6    The parties should be prepared to address and resolve at the Case Management Conference
7    the following: setting the date and the estimated length of the trial; setting the date for discovery
8    cutoff; setting the date to designate experts and other witnesses; and setting the date for the pretrial
9    conference.

10   Other agenda matters which the Court will address at the Case Management Conference
11   include the following:

12   1.    Does the Court have subject matter jurisdiction over all of the plaintiffs' claim(s) and
13   defendants' counter-claim(s)? What is the basis of that jurisdiction? Are all the parties subject to the
14   Court's jurisdiction? Do any parties remain to be served?

15   2.    What are the factual and legal bases for plaintiff's claims and defendant's defenses?
16   Defendant's counter-claims and plaintiff's defenses to the counterclaims?

17   3.    What are the factual and legal issues genuinely in dispute?

18   4.    What are the issues that can be narrowed by agreement or by motions? Are there
19   dispositive or partially dispositive issues appropriate for decision on motion? [handwritten: Date by which motion to be filed / must be filed.]

20   5.    What are the motions anticipated by the parties?

21   6.    What relief does plaintiff seek? What is the amount of damages sought by plaintiff's
22   claim(s)? What is the amount of damages sought by defendant's counterclaim(s)? How are the
23   damages computed?

24   7.    What discovery does each party intend to pursue? Can discovery be limited in any
25   manner? Are there any alternative methods available to obtain the necessary information? Should a
26   discovery order and conference be entered pursuant to Fed.R.Civ.P 26(f)?

27   8.    Is this case suitable for reference to a binding arbitration, to a Special Master, or to a
28   Magistrate Judge for trial? Is the case suitable for reference to the Judicial Panel on Multidistrict

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

**NOTICE TO ALL PRO SE PARTIES**

**ORDER RE: CHANGE OF ADDRESS**

As pro se parties are not represented by counsel, the Court is dependent upon the parties to keep the court informed of their whereabouts and address changes. However, it has come to the attention of the Court that pro se parties frequently fail to notify the Court when they move or otherwise change their mailing address. As a result, the Court is often forced to expend substantial time and resources in efforts to locate and keep track of pro se parties.

Therefore, the pro se plaintiff in this action is instructed at all times to keep the Court and opposing parties advised as to his or her current address. The pro se plaintiff is hereby notified that if mail directed to said party by the clerk is returned by the Post Office, and if said party fails to notify the Court and opposing parties within 60 days thereafter of his or her current address, the court may dismiss this action without prejudice for failure to prosecute.

Dated: December 29, 1997

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT

**APPENDIX A - JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), <br><br> v. <br><br> Defendant(s). | CASE NO. <br><br> JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

1. A brief description of the events underlying the action:

2. The principal factual issues which the parties dispute:

3. The principal legal issues which the parties dispute:

4. The other factual issues *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

5. The parties which have not been served and the reasons:

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:

7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

**ALTERNATIVE DISPUTE RESOLUTION**

8. *[Please indicate the appropriate response(s).]*

☐ The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by *(date)*_____.

☐ The parties have filed a Stipulation and Proposed Order Selecting an ADR process *(specify process)*:_____.

☐ The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for _____.

☐ The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is
_____.

9. Please indicate any other information regarding ADR process or deadline.

## DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computations and insurance agreements]*:

## DISCOVERY

11. The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

13. The parties expect that the trial will last for the following number of days:

Dated: _____      _____
                                    [Typed name and signature of counsel.]

Dated: _____      _____
                                    [Typed name and signature of counsel.]

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*
a. Referral of the parties to court or private ADR process;
b. Schedule a further Case Management Conference;
c. Schedule the time and content of supplemental disclosures;
d. Specially set motions;
e. Impose limitations on disclosure or discovery;
f. Set time for disclosure of identity, background and opinions of experts;
g. Set deadlines for completing fact and expert discovery;
h. Set time for parties to meet and confer regarding pretrial submissions;
I. Set deadline for hearing motions directed to the merits of the case;
j. Set deadline for submission of pretrial material;
k. Set date and time for pretrial conference;
l. Set a date and time for trial.*]*

Dated: _____      _____
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE