1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

**E-Filing**

MJJ

C 06 7933

12

13 | UNITED STATES OF AMERICA,        )
                                      )   No. 06-
14 |              Plaintiff,           )
                                      )
15 |        v.                         )   WARRANT OF ARREST OF
                                      )   PROPERTY *IN REM*
16 |                                   )
   | $80,396 IN UNITED STATES          )
17 | CURRENCY,                         )
                                      )
18 |              Defendant.           )
   |_____)
19

20     TO:    ANY SPECIAL AGENT OF INTERNAL REVENUE SERVICE:

21     YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and

22  maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

23     Claimants of the above-described funds which are the subject of this action shall file their

24  claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th

25  floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,

26  Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450

27  Golden Gate Ave., 9th floor, San Francisco, California 94102, within thirty (30) days after date

28

1 of publication of notice of arrest of said property and answers to the Complaint shall be filed and
2 served within twenty (20) days thereafter or within such additional time as may be allowed by the
3 Court.
4 Dated:                                              RICHARD W. WEIKING
                                                      United States District Clerk
5
6                                                     By: __ANNA SPRINKLES__

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2