1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney

2
     MARK L. KROTOSKI (CSBN 138549)
3    Chief, Criminal Division

4    PATRICIA J. KENNEY (CSBN 130238)
     Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: 415.436.6857
7       Facsimile: 415.436.6748
        E-mail: patricia.kenney@usdoj.gov

8

9    Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,              )        No.  C 06-7933 MJJ
                                            )
14              Plaintiff,                  )
                                            )
15        v.                                )        CERTIFICATE OF SERVICE
                                            )
16                                          )
     $80,396 IN UNITED STATES CURRENCY,     )
17                                          )
                Defendant.                  )
18   _____)

19          The undersigned hereby certifies that she is an employee in the Office of the United

20   States Attorney for the Northern District of California and is a person of such age and discretion

21   to be competent to serve papers.  The undersigned further certifies that she caused a copy of

22        1.   Government Complaint for Forfeiture;

23        2.   Notice of Forfeiture Action;

24        3.   Warrant of Arrest of Property *In Rem;*

25        4.   Case Management Conference Order;

26        5.   ADR Dispute Resolution Procedures in the Northern District of California;

27        6.   United States District Court Rules and Guidelines;

28        7.   Notice of Availability of a Magistrate Judge; and

8.   ECF Registration Information Handout

to be served this date via certified  mail delivery upon the person(s) below at the place(s) and

address(es) which is/are the last known address(es):


Houshang Pourmohamad
1108 Silver Belt Drive
Richmond, CA 94803


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

Executed this  __22nd__  day of January, 2007, at San Francisco, California.



_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit