KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 06-7933 MJJ |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| $80,396 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Notice of Forfeiture Action;

3. Warrant of Arrest of Property *In Rem;*

4. Case Management Conference Order;

5. ADR Dispute Resolution Procedures in the Northern District of California;

6. United States District Court Rules and Guidelines;

7. Notice of Availability of a Magistrate Judge; and

1       8. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| Harold Rosenthal | Houshang Pourmohamad |
|---|---|
| 523 Octavia Street | 1105 Silver Belt Drive |
| San Francisco, CA 94102 | El Sobrante, CA 94803 |
| Attorney for Houshang Pourmohamad | |

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

   Executed this __12th__ day of February, 2007, at San Francisco, California.

                                                           /S/
                                         CAROLYN JUSAY
                                         Legal Assistant
                                         Asset Forfeiture Unit