KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6857
    Facsimile: (415) 436-6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-7933 MJJ |
| Plaintiff, | PROOF OF PUBLICATION |
| v. | |
| $80,396 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The United States hereby submits the attached Proof of Publication by The Recorder newspaper.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: February 20, 2007

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of PROOF OF PUBLICATION to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Harold Rosenthal  
523 Octavia Street  
San Francisco, CA 94102  
Attorney for Houshang Pourmohamad

Houshang Pourmohamad  
1105 Silver Belt Drive  
El Sobrante, CA 94803

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February, 2007, at San Francisco, California.

CAROLYN JUSAY  
Legal Assistant  
Asset Forfeiture Unit

# THE RECORDER

10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

### NOTICE OF FORFEITURE ACTION
Case No. C-06-7933

STATE OF CALIFORNIA
COUNTIES OF SAN FRANCISCO
AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

01/29/2007, 02/05/2007, 02/12/2007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12th of February, 2007
at San Francisco, California

_____
(Signature)

Record ID: 02/12/07-67321-779150-2566773-34401

---

**NOTICE OF FORFEITURE ACTION**
No. C 06-7933
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
$80,396 IN UNITED STATES CURRENCY,
Defendant

A civil complaint seeking forfeiture pursuant to 18 U.S.C. Section 1955(d) was filed on December 28, 2006, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant funds.

In order to contest forfeiture of the in rem defendant funds, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 30 days after the date of service of complaint or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. The Court may allow additional time.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Any person who files a statement of interest in or right against the property must serve and file an answer within 20 days after the filing the statement.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. Sections 1602-1619 and at 28 C.F.R. Section 9.

Dated: December 28, 2006

Respectfully submitted,
KEVIN V. RYAN
United States Attorney
/s/ PATRICIA J. KENNEY
Assistant United States Attorney

KEVIN V. RYAN (CSBN 118321)
United States Attorney
MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-6857
Facsimile: (415) 436-6748
email: patricia.kenney@usdoj.gov
Attorneys for United States of America
No. 779150          Jan 29, Feb 5,12-R