1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: 415.436.6857
7  Facsimile: 415.436.6748

8  Attorneys for the United States of America

9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,          )         No. C 06- 7933 MJJ
                                      )
13                   Plaintiff,       )
                                      )
14            v.                      )         CASE MANAGEMENT STATEMENT
                                      )         OF THE UNITED STATES
15 $80,396 IN UNITED                  )
   STATES CURRENCY,                   )
16                                    )
                     Defendant.       )
17 _____ )

18

19

20      On December 28, 2006, the Court set a case management conference for April 3, 2007, which

21 would require the filing of a joint case management statement. Thus far, however, no one has

22 appeared to file a claim of interest or ownership of defendant $80,396, or an answer in order to

23 defend. Thus, at present, there is no need for a case management conference because issue has

24 not been joined.

25      On March 23, 2007, the undersigned received a telephone call from Harold Rosenthal, who

26 stated that he represents Hooshang Pourmohamad and who had called the undersigned several

27 weeks earlier. Mr. Rosenthal stated that he wanted an extension of time to, and including March

28 30, 2007, to file a claim and answer. The undersigned told Mr. Rosenthal that only the Court

1 could extend time, but that the undersigned would not object to a brief extension providing that

2 there was "good cause" for doing so and asked why no claim and answer had been filed thus far.

3 Although the undersigned informed Mr. Rosenthal that the United States gave both

4 POURMOHAMAD and him notice of this action by sending copies of the Complaint for

5 Forfeiture and related documents to him on February 12, 2007, Mr. Rosenthal claimed not to

6 have received those documents until March 16, 2007 and also claimed that POURMOHAMAD

7 received the documents even later than Mr. Rosenthal did. Mr. Rosenthal explained that the

8 probable reason he did not receive the Complaint for Forfeiture and related documents until

9 March 16, 2007 – notwithstanding that the undersigned told him the documents were sent to him

10 on February 12, 2007 – was that his office moved from Octavia Street in San Francisco to

11 Berkeley, and that the move occurred more than a year ago.

12 Following the telephone conversation with Mr. Rosenthal, the undersigned reviewed the

13 various files pertaining to this case. The United States served notice of this action on

14 POURMOHAMAD on January 22, 2007 at 1108 Silver Belt Drive, Richmond, CA 94803, the

15 documents were returned stamped by the USPS "Attempted, Not Known." On February 12,

16 2007, the United States corrected the address for POUMOHAMAD and served notice of this

17 action, including the Complaint for Forfeiture and related documents, on him at 1108 Silver Belt

18 Drive, El Sobrante, CA 94803, and on Mr. Rosenthal, POURMOHAMAD's attorney, at 523

19 Octovia Street, San Francisco, CA.[1] Subsequently, POURMOHAMAD acknowledged receipt of

20 the documents by signing a certified return receipt on February 13, 2007. Also, someone named

21 Ana Coe signed for the documents sent to Mr. Rosenthal, and it does not appear that the

22 documents were forwarded to Berkeley. *See* Exhibit 1 (return receipt signed by "M.

23 Pourmohamad" and dated "2-13-07") and Exhibit 2 (return receipt signed by "Ana Coe").

24 In short, although Mr. Pourmohamad has had notice of this action since February 13,

25 2007, he has failed to file a timely claim and answer because a claim has to be filed within 35

26

27     [1] Rule G(4)(b) requires only that notice of a forfeiture action be given and that it can be sent directly to a person known to have an interest or his attorney. Rule G(4)(b), Supplemental

28 Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1   days of notice and an answer or motion to dismiss must be filed within 20 days of the filing of a

2   claim.  Rule G(5)(a)(ii)(A) and (4)(b), Supplemental Rules for Admiralty or Maritime Claims

3   and Asset Forfeiture Actions.  If Mr. Rosenthal makes application for an extension of time and is

4   somehow able to convince the Court that the filing deadline should be extended for good cause

5   shown, the United States would not object to such an extension.  Based on the current facts

6   known to the United States as set forth in this case management statement, however, there does

7   not appear to be good cause to extend time.

8        Because issue has not been joined, the United States respectfully requests the Court to

9   take this matter off calendar for April 3, 2007 and reschedule it for May 8 or May 15, 2007.

10

11                                          Respectfully submitted,

12                                          SCOTT N. SCHOOLS
                                            United States Attorney
13

14   Dated: March 27, 2007                  PATRICIA J. KENNEY
                                            Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

US Case Mgmt. Stmt.
No. C 06- 7933 MJJ              3

**EXHIBIT 1**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery<br>2-13-07 |
| 1. Article Addressed to:<br><br>Houshang Pourmohamad<br>1105 Silver Belt Drive<br>El Sobrante, CA 94803 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |

2. Article Number
*(Transfer from service label)*        7004 2510 0006 4626 0630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Asset Forfeiture

P. Kenney ($80,396 in USC) initial docs.

**EXHIBIT 2**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harold Rosenthal
523 Octavia Street
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ana Coe_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ana Coe

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

SAN FRANCISCO CA
EPC OFFICE SBA
FEB 13 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0006 4626 0623

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
SAN FRANCISCO CA 941

14 FEB 2007 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

asset Forfeiture
P.Kenney ($80,396 in USC) initial docs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

• Case Management Statement of the United States

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Harold Rosenthal                          Houshang Pourmohamad
803 Hearst Avenue                        1105 Silver Belt Drive
Berkeley, CA 94710                       El Sobrante, CA 94803
Attorney for Houshang Pourmohamad

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of March, 2007, at San Francisco, California.

CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit