1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,        )    No. C 06-7933 MJJ
                                      )
13 |          Plaintiff,               )
                                      )
14 |      v.                           )    ORDER
                                      )
15 | $80,396 IN UNITED                 )
     STATES CURRENCY,                  )
16 |                                   )
              Defendant.                )
17 | _____)

18

19     UPON CONSIDERATION of the Case Management Conference Statement submitted by

20 the United States and the entire record, it is by the Court on this  30th  day of  March  , 2007

21     ORDERED that the Case Management Conference scheduled for 2:00 p.m. on April 3,

22 2007, is rescheduled for 2:00 p.m. on June 5, 2007.

23

24

25
                                         _____
26                                       HONORABLE MARTIN J. JENKINS
                                         United States District Court
27

28