SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone:  415.436.6857
   Facsimile:   415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 06-7933 MJJ |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| $80,396 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of the Case Management Conference Statement submitted by the United States and the entire record, it is by the Court on this  30th  day of  March , 2007

ORDERED that the Case Management Conference scheduled for 2:00 p.m. on April 3, 2007, is rescheduled for 2:00 p.m. on June 5, 2007.

_____
HONORABLE MARTIN J. JENKINS
United States District Court