1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )      No. C 06- 7933 MJJ
                                    )
14 |            Plaintiff,           )
                                    )
15 |    v.                           )      RESPONSE OF UNITED STATES FOR
                                    )      MOTION FOR EXTENSION OF TIME
16 | $80,396 IN UNITED               )
     STATES CURRENCY,                )
17 |                                 )
                Defendant.           )
18 |_____)

19

20     In requesting an extension of time to file a claim and answer by motion served on March

21 30, 2007, counsel for Houshang Pourmohamad incorrectly represents that the United States

22 informed him the United States would not oppose his motion, and does not oppose his motion.

23 The correct position of the United States is set forth in its case management statement. *See* Case

24 Management Statement of the United States, filed March 27, 2007.

25     When counsel for Pourmohamad telephoned on March 23, 2007, the undersigned said she

26 would not object to a brief extension providing counsel established "good cause" in whatever he

27 filed and the Court agreed. After the telephone conversation, however, the undersigned reviewed

28 the file and learned that the Complaint and related documents were sent to, and received at,

1 | Houshang Pourmohamad's address. The United States attached the receipt for the Complaint
2 | and related documents to its case management statement and concluded that, based on the current
3 | record, there did not appear to be "good cause" to extend time. *See* Case Management Statement
4 | of the United States, filed March 27, 2007.

5 | In moving to extend time, counsel for Pourmohamad failed to attach any declaration from
6 | Pourmohamad denying that he received the Complaint for Forfeiture on or about February 13,
7 | 2007, or explaining why he failed to timely submit a claim and answer thereafter. Pourmohamad
8 | does not appear to have established "good cause" on this record.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: April 2, 2007

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney

US Response to Motion to
Extend Time for Filing Claim
No. C 06- 7933 MJJ                2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

Response of United States for Motion for Extension of Time

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Harold Rosenthal
803 Hearst Avenue
Berkeley, CA 94710
Attorney for Houshang Pourmohamad

Houshang Pourmohamad
1105 Silver Belt Drive
El Sobrante, CA 94803

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __3rd__ day of April, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

US Response to Motion to
Extend Time for Filing Claim
No. C 06- 7933 MJJ                    3