HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>______________________<br>HOUSHANG POURMOHAMAD,<br>Claimant. | **Case No. C 06-7933 MJJ**<br><br>MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS |

Claimant Houshang Pourmohamad hereby moves this Court for an extension of time to file his claim and answer in the above-entitled matter. The government has informed counsel that it would not object to a brief extension of time to allow Mr. Pourmohamad to file the above pleadings.

As the government has stated in its Status Conference statement, the forfeiture complaint was not received by counsel for Mr. Pourmohamad until March 16, 2007 because the government sent these documents to counsel's former address in San Francisco rather than his current address in Berkeley, California. Counsel had appeared in the criminal action underlying the instant forfeiture action, and the United States Attorney's Office had served him correctly at his present

address in that action. Additionally, the claim originally filed in this matter indicated counsel's Berkeley address. While a return receipt was forwarded on February 13, 2007 to the government following delivery to claimant's address in Richmond, that return receipt was not signed by claimant, but instead by his wife Marilyn Pourmohamad, as indicated by the signature on the receipt, "M. Pourmohamad."

The original claim in this matter was filed by counsel, and it clearly stated that counsel represented claimant in the forfeiture action. When the complaint was received by Mr. Pourmohamad's wife, she assumed, correctly, that Mr. Pourmohamad was represented by counsel, and that counsel would prepare the necessary pleadings, as he had done throughout the underlying matter.

Rule 6(b ) of the Federal Rule of Civil Procedure provides that a court may extend the time for filing of responsive pleadings for excusable neglect. That relief is clearly appropriate here. Counsel for claimant was not served with the pleadings because they were sent to his former address. His client's wife was clearly justified in her understanding that because her husband was represented by counsel, any responsive pleadings would be filed by counsel.
A trial court may exercise its discretion in the granting a motion to extend time due to excusable neglect. Pincay v. Andrews, 389 F.3d 853, 855 (9th Cir. 2004)(Ninth Circuit *en banc* holds that District Court properly exercised discretion in extending time for filing notice of appeal where attorney had delegated task to paralegal and paralegal misread rules). Applying Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993), the *en banc* Court considered four factors: (1) the danger of prejudice to the non-moving party, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the moving party's conduct was in good faith. 507 U.S. at 395.

Application of those factors to the instant case should lead this Court to grant claimant's motion. There is no danger of prejudice to the non-moving party. The length of the delay

requested is brief; in fact, claimant has attached as exhibits both his claim and his answer which may be filed immediately by the Court should it grant this motion. The reason for the delay was the transmittal of the government's pleadings to the incorrect address, where it was already engaged in litigation with counsel and pleadings were served at the correct address, and where counsel's original claim indicated his correct address. This is clearly something that was beyond the movant's control. Finally, the movant's belief that counsel would file any necessary pleadings was clearly a good faith belief in light of the fact that all filings related to this matter and the criminal case underlying this matter had been made by counsel, and movant was represented by counsel.

Accordingly, for the reasons stated above, and in light of the government's statement that it would not object to a brief extension of time, it is appropriate that this Court allow for such an extension of time as would permit the filing of the attached pleadings

Dated: March 30, 2007

Respectfully submitted,

________________________________

HAROLD ROSENTHAL

Attorney for Defendant
Houshang Pourmohamad

HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>$80 396 IN UNITED STATES<br><br>Defendants.<br>______________________________<br><br>HOUSHANG POURMOHAMAD,<br><br>Claimant.<br>______________________________ | **Case No. C 06-7933 MJJ**<br><br>HOUSHANG POURMOHAD'S CLAIM TO PROPERTY SEIZED FOR FORFEITURE |

TO: THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Houshang Pourmohamad claims the above-named defendant currency in the possession of the U.S. Customs Service or any other United States agency, their agents or deputies, pursuant to 18 U.S.C. § 981(a)(1) for violation of 8 U.S.C. §§ 1324, 1328 and 18 U.S.C. §§ 1952, 1956(c)(7).

In support of said claim, Houshang Pourmohamad alleges that he is the lawful owner of all defendant currency which was seized by agents of the U.S. Customs Service without proper warrant, consent or other lawful authorization.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

Executed this the 30th day of March, 2007 at Berkeley, California in the County of Alameda, Northern District of California.

/S/
HOUSHANG POURMOHAMAD

HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>$80 396 IN UNITED STATES<br>Defendants.<br>_______________<br>HOUSHANG POURMOHAMAD,<br>Claimant. | **Case No. C 06-7933 MJJ**<br><br>HOUSHANG POURMOHAMAD'S FIFTH AMENDMENT ANSWER TO COMPLAINT FOR FORFEITURE |

Claimant Houshang Pourmohamad answers the Government's Complaint for Forfeiture as follows:

Claimant Houshang Pourmohamad is the named defendant in a criminal action entitled *United States v. Houshang Pourmohamad*, Northern District of California, No. 4:06-CR-00555-SBA, based upon the same acts and transactions which are the subject of the instant Complaint for Forfeiture. That matter is pending trial.

The knowledge that Claimant Pourmohamad has concerning the facts underlying the Forfeiture Complaint, and his admission or denial of any of the allegations of the Complaint, could be deemed a waiver of his Fifth Amendment Privilege and could be used against him in the

present criminal matter. Claimant Pourmohamad therefore asserts in answer to the Complaint his privilege against self-incrimination as guaranteed by the Fifth Amendment to the United States Constitution and requests that such denial be deemed a specific denial of each and every allegation of the Complaint for Forfeiture. Claimant reserves the right to modify or supplement this Answer, with leave of Court as required, depending on further developments in the parallel criminal investigation and/or proceedings, or at a time Claimant chooses voluntarily to waive his privilege against self-incrimination, or at a time when he is compelled to answer pursuant to court order.

Dated: March 30, 2007

Respectfully submitted,

____________________________
HAROLD ROSENTHAL

Attorney for Claimant
HOUSHANG POURMOHAMAD

HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>$80 396 IN UNITED STATES<br>Defendants. | **Case No. C 06-7933 MJJ**<br><br>DECLARATION OF HAROLD ROSENTHAL IN SUPPORT OF MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADINGS |
| HOUSHANG POURMOHAMAD,<br>Claimant. | |

I, Harold Rosenthal, declare under penalty iof perjury that:

The factual statements contained in the accompanying Motion for Extension of Time to File Responsive Pleadings are true and correct to the best of my knowledge.

Executed this 30th day of March, 2007 at Berkeley, California.

HAROLD ROSENTHAL

HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

$80 396 IN UNITED STATES
Defendants.

HOUSHANG POURMOHAMAD,

Claimant.

**Case No. C 06-7933 MJJ**

**CLAIMANT'S SUPPLEMENTAL STATEMENT REGARDING ELECTRONIC FILING**

At the time that Claimant filed his original pleadings his counsel was not aware that this matter had been designated for electronic filing. Counsel is a criminal lawyer, and was not aware that, as in criminal cases, all civil pleadings likewise had to be e-filed. Counsel therefore filed these pleadings in the traditional manner. By this filing he corrects this error by filing his

//

//

//

//

//

pleadings electronically.

Dated: April 2, 2007

Respectfully submitted,

______________________________

HAROLD ROSENTHAL

Attorney for Claimant
HOUSHANG POURMOHAMAD

HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimant
HOUSHANG POURMOHAMAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>$80 396 IN UNITED STATES<br>Defendants. | **Case No. C 06-7933 MJJ**<br><br>[PROPOSED]<br>ORDER |
| HOUSHANG POURMOHAMAD,<br>Claimant. | |

TO: THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

For good cause shown, it is hereby ORDERED that the time for filing of the Claim and Answer in the above-entitled matter is extended until ________________________________ so as to allow the filing of the pleadings attached to Claimant's Motion for Extension of Time.

Dated:

_______________________________________
JUDGE OF THE U.S. DISTRICT COURT