1  HAROLD ROSENTHAL
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Tele: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Claimant
5  HOUSHANG POURMOHAMAD

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )    **Case No. C 06-7933 MJJ**
                                     )
11         Plaintiff,                )
                                     )    HOUSHANG POURMOHAMAD'S
12 $80 396 IN UNITED STATES          )    FIFTH AMENDMENT ANSWER
            Defendants.              )    TO COMPLAINT FOR FORFEITURE
13 _____    )
                                     )
14 HOUSHANG POURMOHAMAD,             )
                                     )
15         Claimant.                 )
                                     )
16 _____    )

17     Claimant Houshang Pourmohamad answers the Government's Complaint for Forfeiture
   as follows:
18
       Claimant Houshang Pourmohamad is the named defendant in a criminal action entitled
19
   *United States v. Houshang Pourmohamad*, Northern District of California, No. 4:06-CR-00555-
20
   SBA, based upon the same acts and transactions which are the subject of the instant Complaint
21
   for Forfeiture.  That matter is pending trial.
22
       The knowledge that Claimant Pourmohamad has concerning the facts underlying the
23
   Forfeiture Complaint, and his admission or denial of any of the allegations of the Complaint,
24
   could be deemed a waiver of his Fifth Amendment Privilege and could be used against him in the
25

                                        1

1  present criminal matter.  Claimant Pourmohamad therefore asserts in answer to the Complaint
2  his privilege against self-incrimination as guaranteed by the Fifth Amendment to the United
3  States Constitution and requests that such denial be deemed a specific denial of each and every
4  allegation of the Complaint for Forfeiture.  Claimant reserves the right to modify or supplement
5  this Answer, with leave of Court as required, depending on further developments in the parallel
6  criminal investigation and/or proceedings, or at a time Claimant chooses voluntarily to waive his
7  privilege against self-incrimination, or at a time when he is compelled to answer pursuant to
8  court order.
9  Dated: May 18, 2007                              Respectfully submitted,

            _____/S/_____
            HAROLD ROSENTHAL

            Attorney for Claimant
            HOUSHANG POURMOHAMAD