1  HAROLD ROSENTHAL
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Tele: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Claimant
5  HOUSHANG POURMOHAMAD

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )    **Case No. C 06-7933 MJJ**
                                   )
11         Plaintiff,               )
                                   )    HOUSHANG POURMOHAD'S
12 $80 396 IN UNITED STATES        )    CLAIM TO PROPERTY SEIZED
                                   )    FOR FORFEITURE
13         Defendants.              )
   _____ )
14                                 )
   HOUSHANG POURMOHAMAD,           )
15                                 )
           Claimant.                )
16 _____ )

17 TO:   THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
         CALIFORNIA
18
        Houshang Pourmohamad claims the above-named defendant currency in the possession
19
   of the U.S. Customs Service or any other United States agency, their agents or deputies, pursuant
20
   to 18 U.S.C. § 981(a)(1) for violation of 8 U.S.C. §§ 1324, 1328 and 18 U.S.C. §§ 1952,
21
   1956(c)(7).
22
        In support of said claim, Houshang Pourmohamad alleges that he is the lawful owner of
23
   all defendant currency which was seized by agents of the U.S. Customs Service without proper
24
   warrant, consent or other lawful authorization.
25

                                        1

1     I declare under penalty of perjury that the foregoing is true and correct, except as to those
2 matters stated upon information and belief, and as to those matters I believe them to be true.
3     Executed this the 18th day of May, 2007 at Berkeley, California in the County of
4 Alameda, Northern District of California.

7                 /S/
               HOUSHANG POURMOHAMAD