1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone:  415.436.6857
7     Facsimile:   415.436.6748

8  Attorneys for the United States of America

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )     No. C 06- 7933 MJJ
14                                         )
                      Plaintiff,           )
15                                         )
             v.                            )
16                                         )     STIPULATION AND ORDER
   $80,396 IN UNITED                       )     STAYING THIS CIVIL FORFEITURE CASE
17 STATES CURRENCY,                        )     PENDING RESOLUTION
                                           )     OF RELATED CRIMINAL CASE
18                    Defendant.           )
                                           )
19                                         )
   HOOSHANG POURMOHAMAD,                   )
20                                         )
                      Claimant.            )
21                                         )

22

23

24

25

26

27

28

1    Pursuant to 18 U.S.C. § 981(g), the United States and claimant Hooshang Pourmohamad
2 agree, subject to the Court's approval, that the instant civil forfeiture case be stayed pending
3 resolution of *United States v. Pourmohamad*, No. CR 06-00555 SBA.  There are two bases for
4 the stay: (1) claimant is the subject of a related prosecution and continuation of this civil
5 forfeiture proceeding will burden the right of claimant against self-incrimination; and (2) civil
6 discovery will adversely affect the ability of the United States to conduct the related criminal
7 case.

9 IT IS SO STIPULATED:

10
   Dated:  May 25, 2007                                 /s/ pjk per phone auth. from HR on 5/25/07
11                                                       HAROLD ROSENTHAL
                                                         Attorney for claimant
12                                                       Houshang Pourmohamad

13

14                                                       SCOTT N. SCHOOLS
                                                         United States Attorney
15

16 Dated: May 25, 2007                                          /s/
                                                         PATRICIA J. KENNEY
17                                                       Assistant United States Attorney

18

19
   IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____
20
   DAY OF _____, 2007.
21

22                                                       _____
                                                         HONORABLE MARIN J. JENKINS
23                                                       United States District Judge

24

25

26

27

28

Stip & Order Staying Case
No. C 06- 7933 MJJ                          2