1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone:  415.436.6857
7      Facsimile:   415.436.6748

8  Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )        No. C 06- 7933 MJJ
14                                  )
                   Plaintiff,       )
15                                  )
          v.                        )
16                                  )        STIPULATION AND ORDER
   $80,396 IN UNITED                )        STAYING THIS CIVIL FORFEITURE CASE
17 STATES CURRENCY,                 )        PENDING RESOLUTION
                                    )        OF RELATED CRIMINAL CASE
18                 Defendant.       )
                                    )
19                                  )
   HOOSHANG POURMOHAMAD,            )
20                                  )
                   Claimant.        )
21                                  )

22

23

24

25

26

27

28

1   Pursuant to 18 U.S.C. § 981(g), the United States and claimant Hooshang Pourmohamad
2   agree, subject to the Court's approval, that the instant civil forfeiture case be stayed pending
3   resolution of *United States v. Pourmohamad*, No. CR 06-00555 SBA. There are two bases for
4   the stay: (1) claimant is the subject of a related prosecution and continuation of this civil
5   forfeiture proceeding will burden the right of claimant against self-incrimination; and (2) civil
6   discovery will adversely affect the ability of the United States to conduct the related criminal
7   case.

9   IT IS SO STIPULATED:

10  Dated: May 25, 2007                                /s/ pjk per phone auth. from HR on 5/25/07
11                                                    HAROLD ROSENTHAL
                                                      Attorney for claimant
12                                                    Houshang Pourmohamad

14                                                    SCOTT N. SCHOOLS
                                                      United States Attorney

16  Dated: May 25, 2007                                          /s/
17                                                    PATRICIA J. KENNEY
                                                      Assistant United States Attorney

19  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  4th
20  DAY OF  June , 2007.    PARTIES SHOULD NOTIFY THIS COURT WITHIN
21                          30 DAYS OF RESOLUTION OF CR 06-0555-SBA.
22                                                    HONORABLE MARIN J. JENKINS
23                                                    United States District Judge

Stip & Order Staying Case
No. C 06- 7933 MJJ                         2