SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  415.436.6857
    Facsimile:   415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>    v.<br><br>$80,396 IN UNITED STATES CURRENCY,<br>                Defendant.<br><br>HOOSHANG POURMOHAMAD,<br>                Claimant. | No. C 06- 7933 MJJ<br><br>STIPULATION AND ORDER STAYING THIS CIVIL FORFEITURE CASE PENDING RESOLUTION OF RELATED CRIMINAL CASE |

1    Pursuant to 18 U.S.C. § 981(g), the United States and claimant Hooshang Pourmohamad
2 agree, subject to the Court's approval, that the instant civil forfeiture case be stayed pending
3 resolution of *United States v. Pourmohamad*, No. CR 06-00555 SBA.  There are two bases for
4 the stay: (1) claimant is the subject of a related prosecution and continuation of this civil
5 forfeiture proceeding will burden the right of claimant against self-incrimination; and (2) civil
6 discovery will adversely affect the ability of the United States to conduct the related criminal
7 case.

9 IT IS SO STIPULATED:

10
   Dated:  May 25, 2007                                    /s/ pjk per phone auth. from HR on 5/25/07
11                                                          HAROLD ROSENTHAL
                                                            Attorney for claimant
12                                                          Houshang Pourmohamad

14                                                          SCOTT N. SCHOOLS
                                                            United States Attorney
15

16 Dated: May 25, 2007                                              /s/
                                                            PATRICIA J. KENNEY
17                                                          Assistant United States Attorney

19 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  4th
20 DAY OF  June  , 2007.   PARTIES SHOULD NOTIFY THIS COURT WITHIN
21                         30 DAYS OF RESOLUTION OF CR 06-0555-SBA.
22                                                          
                                                            HONORABLE MARTIN J. JENKINS
23                                                          United States District Judge

Stip & Order Staying Case
No. C 06- 7933 MJJ                          2