IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-07933 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| $80,396 IN UNITED STATES CURRENCY, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for **February 28, 2008 at 10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than *two* days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: February 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Dawn K. Toland
   Courtroom Deputy to the
   Honorable William Alsup