1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>HOOSHANG POURMOHAMAD,<br>        Defendant. | No. CR 06-00555 SBA<br><br>NOTICE OF RELATED CASE FILED BY THE UNITED STATES |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>$80,396 IN UNITED STATES URRENCY,<br>        Defendant.<br>HOOSHANG POURMOHAMAD,<br>        Claimant. | No. C 06-7933 WHA<br><br>NOTICE OF RELATED CASE FILED BY THE UNITED STATES |

On August 10, 2006, a grand jury returned an indictment charging Hooshang Pourmohamad with violations of 18 U.S.C. § 1955, 18 U.S.C. § 1956(h), 18 U.S.C. § 371, and 18 U.S.C. § 2. *United States v. Pourmohamad*, No. CR 06-00555 SBA.

On December 28, 2006, the United States filed a Complaint for Forfeiture arising out of the same set of facts against $80,396 as proceeds of an illegal gambling business in violation of 18 U.S.C. § 1955. *United States v. $80,396,* 06-7933 MJJ. On May 18, 2007, Hooshang Pourmohamad filed a claim to defendant $80,396 and an answer to the Complaint for Forfeiture. Thereafter, the parties stipulated to a stay of this case pending the resolution of the related criminal case pursuant to 18 U.S.C. § 981(g) and, on June 4, 2007, the Court stayed the civil action.

The criminal and civil cases are related within the meaning of the local rules, Civil Local Rule 3-12 and Criminal Local Rule 8-1. Under those rules, the decision of whether the two cases are related is to be made by the Judge in the earliest-filed case who is the Honorable Saundra Brown Armstrong.

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

Dated: February 21, 2008                 /s/
                              PATRICIA J. KENNEY
                              Assistant United States Attorney