**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 28, 2008

Case No.  C 06-07933 WHA

Title: USA  v. $80,396 IN US CURRENCY

Plaintiff Attorneys: Patricia Kenney

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to  5/1/08 at 11:00 am  for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

Waiting to see if Judge Armstrong related this case to one a criminal case.