IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

$80,396 IN UNITED STATES CURRENCY,

    Defendant.

HOOSHANG POURMOHAMAD,

    Claimant.

No. C 06-07933 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    A case management conference is **SET** for **MAY 1, 2008, AT 11:00 A.M.** Please file a joint case management statement no later than seven days prior.

    **IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE