1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10
                 UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA, )
                              )
15                  Plaintiff, )
                              )  C 06-7933 WHA
16          v.                )
                              )  JOINT CASE MANAGEMENT STATEMENT
17  APPROXIMATELY $80,396 IN UNITED ) AND
    STATES CURRENCY,          )  STIPULATION TO RESCHEDULE THE
18                            )  CASE MANAGEMENT CONFERENCE
                  Defendant.  )  IN SIX MONTHS
19                            )
                              )  Date:  May 1, 2008
20                            )  Time:  11:00 a.m.
    HOUSHANG POURMOHAMAD,     )  Place: Courtroom #9, 19th Floor
21                            )
                  Claimant.   )
22                            )

23

24        On December 28, 2006, the United States filed this forfeiture action. After Houshang

25  Pourmohamad filed a claim and answer on May 18, 2007, the parties stipulated to a stay in this

26  case because the forfeiture arose out of the same facts which gave rise to a criminal case in which

27  Pourmohamad is a defendant. *United States v. Pourmohamad,* No. 06-00555 SBA; *see also*

28  ///

Notice of Related Case filed by the United States, filed on February 21, 2008, in Nos. 06-7933 WHA and 06-00555 SBA.

The criminal case is ongoing and active. The Court denied a motion to dismiss under the Speedy Trial Act on March 11, 2008. Defendant Pourmohamad filed a second motion to dismiss which is currently set for a hearing on May 6, 2008.

Accordingly, the parties agree, subject to the Court's approval, that the case management conference scheduled for May 1, 2008 be rescheduled in six months and, if the criminal case is resolved in less than six months, the parties agree to inform the Court within 30 days of its resolution.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 14, 2008

_/s/ Patricia J. Kenney_
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: April ___, 2008

_____
HAROLD ROSENTHAL, ESQ.
Attorney for Claimant
Houshang Pourmohamad

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION THAT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 1, 2008 BE, AND HEREBY IS, TAKEN OFF CALENDAR, AND A CASE MANAGEMENT CONFERENCE IS RESCHEDULED FOR _____, 2008.

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

1  Notice of Related Case filed by the United States, filed on February 21, 2008, in Nos. 06-7933
2  WHA and 06-00555 SBA.
3      The criminal case is ongoing and active. The Court denied a motion to dismiss under the
4  Speedy Trial Act on March 11, 2008. Defendant Pourmohamad filed a second motion to dismiss
5  which is currently set for a hearing on May 6, 2008.
6      Accordingly, the parties agree, subject to the Court's approval, that the case management
7  conference scheduled for May 1, 2008 be rescheduled in six months and, if the criminal case is
8  resolved in less than six months, the parties agree to inform the Court within 30 days of its
9  resolution.
10 IT IS SO STIPULATED:
11                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
12
   Dated: April ___, 2008              _____
13                                         PATRICIA J. KENNEY
                                           Assistant United States Attorney
14
   Dated: April ___, 2008              _____
15                                         HAROLD ROSENTHAL, ESQ.
                                           Attorney for Claimant
16                                         Houshang Pourmohamad
17
18 IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION THAT
19 THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 1, 2008 BE, AND
20 HEREBY IS, TAKEN OFF CALENDAR, AND A CASE MANAGEMENT CONFERENCE IS
21 RESCHEDULED FOR _____, 2008.
22
23
                                           _____
24                                         HONORABLE WILLIAM H. ALSUP
                                           United States District Court Judge
25
26
27
28
Joint Case Management Statement
No. 06-7933 WHA
                    -2-