JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $80,396 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> HOUSHANG POURMOHAMAD, <br><br> Claimant. | C 06-7933 WHA <br><br> JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE IN SIX MONTHS; AND ORDER <br><br> Date:  May 1, 2008 <br> Time:  11:00 a.m. <br> Place: Courtroom #9, 19th Floor |

On December 28, 2006, the United States filed this forfeiture action. After Houshang Pourmohamad filed a claim and answer on May 18, 2007, the parties stipulated to a stay in this case because the forfeiture arose out of the same facts which gave rise to a criminal case in which Pourmohamad is a defendant. *United States v. Pourmohamad,* No. 06-00555 SBA; *see also*

///

1  Notice of Related Case filed by the United States, filed on February 21, 2008, in Nos. 06-7933
2  WHA and 06-00555 SBA.
3       The criminal case is ongoing and active. The Court denied a motion to dismiss under the
4  Speedy Trial Act on March 11, 2008. Defendant Pourmohamad filed a second motion to dismiss
5  which is currently set for a hearing on May 6, 2008.
6       Accordingly, the parties agree, subject to the Court's approval, that the case management
7  conference scheduled for May 1, 2008 be rescheduled in six months and, if the criminal case is
8  resolved in less than six months, the parties agree to inform the Court within 30 days of its
9  resolution.
10 IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 14, 2008

_____
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: April ___, 2008

_____
HAROLD ROSENTHAL, ESQ.
Attorney for Claimant
Houshang Pourmohamad

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION THAT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 1, 2008 BE, AND HEREBY IS, TAKEN OFF CALENDAR, AND A CASE MANAGEMENT CONFERENCE IS RESCHEDULED FOR _____, 2008.

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

Joint Case Management Statement
No. 06-7933 WHA

1  Notice of Related Case filed by the United States, filed on February 21, 2008, in Nos. 06-7933
2  WHA and 06-00555 SBA.
3        The criminal case is ongoing and active. The Court denied a motion to dismiss under the
4  Speedy Trial Act on March 11, 2008. Defendant Pourmohamad filed a second motion to dismiss
5  which is currently set for a hearing on May 6, 2008.
6        Accordingly, the parties agree, subject to the Court's approval, that the case management
7  conference scheduled for May 1, 2008 be rescheduled in six months and, if the criminal case is
8  resolved in less than six months, the parties agree to inform the Court within 30 days of its
9  resolution.
10 IT IS SO STIPULATED:
11                               JOSEPH P. RUSSONIELLO
                                 United States Attorney
12
13 Dated: April ___, 2008
                                 PATRICIA J. KENNEY
14                               Assistant United States Attorney
15 Dated: April ___, 2008
16                               HAROLD ROSENTHAL, ESQ.
                                 Attorney for Claimant
                                 Houshang Pourmohamad
17
18 IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION THAT
19 THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 1, 2008 BE, AND
20 HEREBY IS, TAKEN OFF CALENDAR, AND A CASE MANAGEMENT CONFERENCE IS
21 RESCHEDULED FOR __October 30_____, 2008.
22
23
24                               HONORABLE WILLIAM H. ALSUP
                                 United States District Judge
25
26
27
28



Joint Case Management Statement
No. 06-7933 WHA

-2-